IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REJEANA M. SILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:20-cv-00963 |
| HOLDINGS ACQUISITION CO., L.P. d/b/a | ) |
| RIVERS CASINO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

For the reasons set forth in the Court's accompanying Opinion entered on this date, Defendant's Motion for Summary Judgment (ECF No. 73) is GRANTED as to all federal law claims. Summary judgment is also GRANTED for Defendant as to Silla's PHRA claims. Silla's breach of contract claim Pennsylvania state law is DISMISSED without prejudice, as the Court declines to exercise supplemental jurisdiction over it. Because Silla's Motion for Summary Judgment (ECF No. 78) is essentially a mirror of Defendant's Motion for Summary Judgment, Silla's Motion is DENIED. The Clerk will close the case on the docket of this Court.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: March 6, 2024